JUDSON H. HENRY, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
5150 Sunrise Boulevard, Suite H-6
Fair Oaks, CA  95628
Phone:   (916) 966-1047
Fax:       (888) 986-8168
E-mail: jhhenry2000@yahoo.com

**Attorney for Appellant Alberto Gonzalez**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

    ALBERTO GONZALEZ,

       Debtor and Appellant.

District Court Case Number:
2:15-cv-01520-TLN

Bankruptcy Court Case Number:
2:13-bk-27008-B-11

**ORDER DISMISSING APPEAL**

    **WHEREAS** the Court has reviewed the Motion to Dismiss Appeal of Appellant ALBERTO GONZALEZ, the above named debtor and appellant, praying for dismissal of this appeal as moot, and the Court being satisfied that cause exists such that the relief sought is allowed pursuant to Federal Rules of Bankruptcy Procedure, it is:

    **ORDERED** that:

    1.    The Motion to Dismiss Appeal is granted; and

    2.    This Appeal of the Bankruptcy Court, case no. 2:15−CV−01520−TLN, is hereby DISMISSED.

Dated: January 26, 2016

Troy L. Nunley
United States District Judge